# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., | § § § | |
| *Plaintiff*, | § § | Civil Action No.  SA-14-CV-1030-XR |
| v. | § § | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., | § § § | |
| *Defendant*. | § § | |

## ORDER

The parties have informed the Court that they have reached a settlement of the claims in this case.  To ensure that this cause does not remain on the Court's docket in the absence of a live controversy, the Court vacates all remaining deadlines and settings, including trial, and ORDERS the parties to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or before **December 21, 2015**.  *See* FED. R. CIV. P. 41. Should the parties be unable to finalize the settlement and submit appropriate documents by that date, they must request an extension of time to file the documents.

It is so ORDERED.

SIGNED this 20th day of November, 2015.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

1